IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEMARCUS L. CHAMBERS, | : |
|    Petitioner, | : |
| | :   No. 1:19-cv-2067 |
| v. | : |
| | :   (Judge Rambo) |
| DAVID J. EBBERT, | : |
|    Respondent | : |

## ORDER

**AND NOW**, on this 12th day of March 2020, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's motion for an extension of time (Doc. No. 20) is **GRANTED**, and his traverse (Doc. No. 21) is **DEEMED** timely filed;

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                            s/ Sylvia H. Rambo
                                            United States District Judge